UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATALIE HENDERSON,<br>Plaintiff, | CIVIL ACTION NO: 25-1254 |
| v. | SECTION "I" |
| GLORIA WOODS, professionally known as GloRilla, et al.,<br>Defendants | JUDGE: LANCE M. AFRICK<br><br>MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR FAILURE TO
STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendants Gloria Woods, UMG Recordings, Inc. ("UMG"), W Chappell Music Corp. d/b/a WC Music Corp. ("Warner"), CMG Enterprises II, Inc.[1] ("CMG"), and BMG Rights Management (US) LLC ("BMG") (collectively, "Defendants"), through undersigned counsel, respectfully move the Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, for the reasons set forth in Defendants' memorandum in support of this motion.  In support of their Motion, Defendants submit the following exhibits for the Court's consideration:

**Exhibit 1**, "Never Find" audio file, also available at https://www.youtube.com/watch?v=oRWUDsTdi9c&list=RDoRWUDsTdi9c&start_radio=1 (last visited Sept. 8, 2025), https://music.apple.com/us/song/never-find/1775794408 (last visited Sept. 8, 2025).

---

[1] Plaintiff improperly named Collective Music Group, LLC d/b/a/ CMG the Label as a Defendant rather than CMG Enterprises II, Inc.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/ Ashley J. Heilprin
      Ashley J. Heilprin, T.A. (La. Bar #34928)
      Mary Ellen Roy (La. Bar #14388)
      Patrick M. Judd (La. Bar #40415)
      365 Canal Street, Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Facsimile: (504) 568-9130
      Email: ashley.heilprin@phelps.com
            roym@phelps.com
            patrick.judd@phelps.com

**ATTORNEYS FOR DEFENDANTS GLORIA WOODS, PROFESSIONALLY KNOWN AS GLORILLA; UMG RECORDINGS, INC.; CMG ENTERPRISES II, INC.; W CHAPPELL MUSIC CORP d/b/a WC MUSIC CORP.; and BMG RIGHTS MANAGEMENT (US) LLC**

**AND**

**BARTON LLP**

      Ross Charap (*pro hac vice* forthcoming)
      711 Third Avenue, 14th Floor,
      New York, New York 10017
      Telephone: (212) 885-8861
      Email: rcharap@bartonesq.com

**ATTORNEY FOR DEFENDANT BMG RIGHTS MANAGEMENT (US) LLC**