UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NATALIE HENDERSON**                                                                    **CIVIL ACTION**

**VERSUS**                                                                                       **No. 25-1254**

**GLORIA WOODS, ET AL.**                                                              **SECTION I**

## ORDER

Before the Court is an unopposed motion[1] filed by plaintiff Natalie Henderson ("plaintiff") to reset the submission date for defendant's motions[2] to dismiss the case pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6). Considering the motion,

**IT IS ORDERED** that the submission date for defendant's motions to dismiss is **RESET** to **Wednesday, October 8, 2025**. Plaintiffs shall file any response in opposition to the motions no later than **Tuesday, October 1, 2025**. Defendants shall file their reply to plaintiff's opposition by **Monday, October 6, 2025**.

New Orleans, Louisiana, September 12, 2025.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 19.
[2] R. Doc. No. 17; R. Doc. No. 18.